UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) |
| CHEMONICS INC, | ) )   Civil Action No.: 07-CV-01360 CKK |
|     Defendant. | ) ) ) ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned, and the law firm of Seyfarth Shaw LLP, as counsel for Defendant Chemonics Inc. in the above-referenced matter.

                                                Respectfully submitted

                                                Seyfarth Shaw LLP

                                                /s/ James M. Mesnard
                                                James M. Mesnard, D.C. Bar No. 404835
                                                Seyfarth Shaw LLP
                                                815 Connecticut Avenue, N.W., Suite 500
                                                Washington, D.C.  20006
                                                Telephone - (202) 463-2400
                                                Facsimile - (202) 828-5393
                                                jmesnard@seyfarth.com

                                                ATTORNEY FOR CHEMONICS INC.

July 31, 2007

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Entry of Appearance was served by first class mail, postage prepaid, this 31st day of July, 2007, on:

>Fred Ladd
>1975 Spring Valley Drive
>Colorado Springs, CO 80921

       /s/ James M.Mesnard_____
James M. Mesnard