IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, ) | |
| ) | CIVIL ACTION NO. 07-CV-01360 CKK |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHEMONICS, INC. ) | |
| ) | |
| Defendant. ) | |

RECEIVED

AUG 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR LEAVE TO PARTICIPATE

Plaintiff by and through his attorney of record, The Kofoed Law Firm, LLC, David L. Kofoed, moves this Court to permit plaintiffs' counsel from Colorado to participate in this action pending plaintiff's' counsel's Pro Hac Vice appointment consistent with plaintiffs' requirement to engage local counsel as co-counsel for plaintiffs in this case and as grounds, therefore, states as follows:

This case was recently the subject of a motion for removal by the defendants filed in the United States District Court for the District of Colorado. The United States District Court granted defendant's motion for the transfer of the case to the United States District Court for the District of Columbia for personal jurisdiction reasons.

Accordingly, plaintiffs request that this Court now prescribe new scheduling orders consistent with the desires of this Court and the discovery practice in this District. Because of the recent transfer of this case, plaintiffs' counsel registered in the Colorado District has had inadequate time to associate with local counsel for the purposes of a

Pro Hac Vice appointment and to act as co-counsel in the administration of this case. Therefore, plaintiffs' counsel requests that pending such association with local counsel, that he be permitted to participate with the Court in this action.

Counsel for the defendant has been advised of this request and have indicated they do not object to same.

Respectfully submitted,

THE KOFOED LAW FIRM LLC

By: _____
DAVID L. KOFOED, Esq.
Bar Number 3807
Attorney for plaintiffs
The Kofoed Law Firm, LLC
6841 S. Yosemite St., Ste. 3A
Centennial, CO 80112
Phone (303) 721-8877
Fax (303) 721-9352

## CERTIFICATE OF MAILING

I hereby certify that I mailed a true and correct copy of the foregoing this MOTION FOR LEAVE TO PARTICIPATE this 14th day of August, 2007, postage prepaid and addressed to:

James M. Mesnard, Esq.
SEYFARTH SHAW LLP
815 Connecticut Ave., NW, Suite 500
Washington, DC 20006

_____
ELENA BEST

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, | ) |
| Plaintiffs, | ) CIVIL ACTION NO. 07-CV-01360 CKK |
| vs. | ) |
| CHEMONICS, INC. | ) |
| Defendant. | ) |

## ORDER

This matter having come before the Court on plaintiffs' motion for leave to allow his Colorado counsel David L. Kofoed to participate in this action pending his appointment Pro Hac Vice and association with local counsel as co-counsel for the administration of this case and the Court having reviewed such case and noted that the defendant's counsel has indicated they have no objection to this request;

It is therefore ordered that plaintiffs' counsel registered in the United States District Court for the District of Colorado be permitted leave to participate in this action pending his association with local counsel as co-counsel in this case and pending a Pro Hac Vice appointment.

So ordered this _____ day of August, 2007.

By the Court:

_____
UNITED STATES DISTRICT JUDGE