UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD,<br><br>　Plaintiff,<br><br>　v.<br><br>CHEMONICS, INC.,<br><br>　Defendant. | Civil Action No. 07-1360 (CKK) |

**ORDER**
(August 21, 2007)

On August 16, 2007, Plaintiff filed a Motion for Leave to Participate, asking this Court to allow his counsel from Colorado to participate in the above-captioned action pending that counsel's admission *pro hac vice* to represent Plaintiff in this action. Pursuant to Local Civil Rule 83.2(c):

> [a]n attorney who is a member in good standing of the bar of any United States Court or of the highest court of any State, but who is not a member of the Bar of this Court, may file papers in this Court only if such attorney joins of record a member in good standing of the Bar of this Court.

LCvR 83.2(c). In addition, Local Civil Rule 83.2(d) provides that an attorney seeking to appear *pro hac vice* must file a motion signed by a sponsoring member of the Bar of this Court, accompanied by a declaration by the non-member that sets forth the information specified in Rule 83.2(d). LCvR 83.2(d).

Accordingly, it is, this 21st day of August, 2007, hereby

**ORDERED** that Plaintiff's Motion for Leave to Participate is DENIED. If Plaintiff's Colorado counsel wishes to enter an appearance in this matter he must do so pursuant to the

procedures set forth in Local Civil Rules 83.2(c) and 83.2(d). However, Plaintiff, *pro se*, may if necessary, seek reasonable additional time in which to respond to Defendant's counterclaim pending having counsel enter an appearance in this action.

**SO ORDERED.**

/s/ COLLEEN KOLLAR-KOTELLY
COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

FRED LADD
1975 Spring Valley Drive
Colorado Springs, CO 80921
PRO SE

DAVID L. KOFOED, ESQ.
The Kofoed Law Firm, LLC
6841 S. Yosemite St., Ste 3A
Centennial, CO 80112