UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRED LADD                        )
                                 )
   Plaintiff,                    )
                                 )
v.                               )   CIVIL ACTION NO. 07-CV-01360 CKK
                                 )
CHEMONICS, INC.                  )
                                 )
   Defendant.                    )

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of plaintiff Fred Ladd, Pro Se in the above-referenced matter.

Respectfully submitted,

*[signature]*

Fred Ladd, pro se
1975 Spring Valley Drive
Colorado Springs, CO 80921
(719) 481-6091

August 23, 2007

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing NOTICE OF ENTRY OF APPEARANCE was served by first class mail, postage prepaid this 23rd day of August, 2007 on:

James M. Mesnard, Esq.
SEYFARTH SHAW LLP
815 Connecticut Ave., NW, Suite 500
Washington, DC 20006

_____
ELENA BEST