UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG 2 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FRED LADD | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 07-CV-01360 CKK |
| CHEMONICS, INC. | ) |
| Defendant. | ) |

### PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM

Plaintiff Fred Ladd for a reply to the counterclaim of the defendant appears pro se and respectfully files this reply to the counterclaim:

### FIRST REPLY

1. Plaintiff does not have enough information to either admit or deny the allegations in Paragraphs 1, 3, and 4.

2. Plaintiff admits that he did execute the Agreement on September 11, 2003, but also states that he finally executed the said Agreement later on at Washington DC.

3. In regard to Paragraphs 6, 7 and 8 of the Employment Agreement, plaintiff contends that the written portion of the Agreement speaks for itself and on advice of counsel, denies that such agreements entitle defendant to any liquidated damages as referred to in Paragraph 8.

4. In regard to Paragraph 9 of the Agreement, plaintiff contends that the

Agreement speaks for itself except contends upon advice of counsel that an intentional breach of contract would not likely be subject to the provisions referred to in Paragraphs 6, 7 and 8 of the counterclaim.

5. In regard to Paragraph 10 of the counterclaim, plaintiff agrees that litigation was filed against Chemonics in the District Court for El Paso County, State of Colorado on approximately November 30, 2006 on the basis of an intentional breach of the Employment Agreement on the part of Chemonics and the failure to pay the amount due even though he was severely injured in the course of employment.

6. Plaintiff denies the allegations contained in Paragraphs 11 and 12 of the Counterclaim.

## SECOND REPLY

7. Chemonics is not entitled to any liquidated damages because of their conduct, but in any event would be entitled to nothing more than a set off against the appropriate amount due to the plaintiff as alleged in the Complaint.

Dated this 23rd day of August, 2007.

Respectfully submitted,

*Fred Ladd*
Fred Ladd, pro se
1975 Spring Valley Drive
Colorado Springs, CO 80921
(719) 481-6091

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of August, 2007 a true and correct copy of the foregoing PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM was served by first class mail, postage prepaid on the following:

James M. Mesnard
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004

*Elena Best*
ELENA BEST