**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRED LADD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07-CV-01360 CKK |
| | ) | |
| CHEMONICS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as counsel for plaintiff Fred

Ladd in the above-referenced matter.

September 13, 2007                Respectfully submitted,


 /s/ John A. McCahill_____
John A. McCahill, #146159
Attorney at Law
131 Tollgate Way
Falls Church, Virginia 22046
(703) 819-1662
(202) 783-6031 (fax)
email:  jamccahill@aol.com
*Attorney for Plaintiff, Fred Ladd*

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that on this 13TH day of September, 2007 a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE was e-filed with the Clerk of the US District Court with a copy deposited in the US Mail, postage prepaid to the following:

David L. Kofoed
THE KOFOED LAW FIRM LLC
6841 S. Yosemite St., Suite 3A
Centennial, CO 80112

James M. Mesnard
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004


                /s/ Elena Best
                    ELENA BEST