IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRED LADD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO.  07-1360 (CKK) |
| v. | ) | |
| | ) | |
| CHEMONICS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(c), LCvr 83.2(c) and Local Civil Rule 83.2(d) LCvr 83.2(d) I move that David L. Kofoed be admitted to practice in the United States District Court for the District of Columbia, and that as local counsel, I will comply with all requirements of Local Civil Rule 83.2(c) and Local Civil Rule 83.2(d) and will participate meaningfully in the case to the extent required by the Court.

Pursuant to Local Civil Rule 83.2(d), I have attached the required Affidavit by the non-member David L. Kofoed, along with a proposed order granting this motion.

Respectfully submitted,

 /s/ John A. McCahill
John A. McCahill, #146159
Attorney at Law
131 Tollgate Way
Falls Church, Virginia 22046
(703) 819-1662
(202) 783-6031 (fax)
email:  jamccahill@aol.com
*Attorney for Plaintiff*

## *CERTIFICATE OF SERVICE*

      The undersigned hereby certifies that on this 13TH day of September, 2007 a true and correct copy of the foregoing MOTION FOR LEAVE TO APPEAR PRO HAC VICE, AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE and PROPOSED ORDER was e-filed with the Clerk of the US District Court with a copy deposited in the US Mail, postage prepaid to the following:

David L. Kofoed
THE KOFOED LAW FIRM LLC
6841 S. Yosemite St., Suite 3A
Centennial, CO 80112

James M. Mesnard
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004

                                                          __/s/ Elena Best_____
                                                          ELENA BEST

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRED LADD, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | NO.  07-1360 (CKK) |
| v. | ) | |
| | ) | |
| CHEMONICS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE
## TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(c), LCvr 83.2(c) and Local Civil Rule 83.2(d) LCvr 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: David Lee Kofoed

2. I practice under the following firm name or letterhead:

   Name:   THE KOFOED LAW FIRM, LLC

   Address: 6841 S. YOSEMITE STREET, SUITE 3A, CENTENNIAL, CO 80112

   Telephone Number: (303) 721-8877

   Fax:  (303) 721-9352

   Email address:  kofoedlawfirm@qwest.net

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT | 1964 | |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO | 1961 | |
| SUPREME COURT OF THE STATE OF COLORADO | 1961 | 3807 |
| COLORADO BAR ASSOCIATION | 1961 | |

4. I have reviewed Local Civil Rule 83.2(c), LCvr 83.2(c) and Local Civil Rule 83.2(d) LCvr 83.2(d). Pursuant to those rules I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have registered to receive electronic notification by completing the Court's Electronic Filing Registration Form. I understand I will receive System-generated notices of electronic filing.

11. Attorney David L. Kofoed has never applied for or been admitted to a Pro Hac Vice appointment for the United States District Court for the District of Columbia.

>THE KOFOED LAW FIRM, LLC
>/s/ David L. Kofoed
>DAVID L. KOFOED

STATE OF COLORADO    )
                     ) ss.
COUNTY OF ARAPAHOE   )

Subscribed and sworn to before me this 30th day of August, 2007..

Witness my hand and official seal.

>/s/ Elena Best
>ELENA BEST, Notary Public

My Commission expires: 5/24/10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) NO.  07-1360 (CKK) |
| v. | ) |
| | ) |
| CHEMONICS, INC., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE</u>**

Having considered the Motion For Leave To Appear Pro Hac Vice filed

_____ (insert date), and for good cause shown, the Court finds that said motion

should be sustained and that David L. Kofoed should be and hereby is admitted to practice in the

United States District Court for the District of Columbia for purposes of this case only.

Dated this ____ day of _____, 2007.

UNITED STATES MAGISTRATE JUDGE


By:_____