UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRED LADD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07-CV-01360 CKK |
| | ) | |
| CHEMONICS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO PERMIT TELEPHONIC SCHEDULING CONFERENCE

Plaintiff Fred Ladd by and through his attorneys of record, The Kofoed Law Firm, LLC, David L. Kofoed, moves this Court to allow a telephonic scheduling conference and as grounds, therefore, states as follows:

1.Plaintiff's lead counsel in this case is David L. Kofoed who resides in Denver, Colorado. Upon receipt of the Scheduling Order from the Court dated September 25, 2007, but received recently, has scheduled a Scheduling Conference for October 15, 2007 at 11:15 a.m. Plaintiff's counsel and defense counsel upon receipt of the Order immediately initiated efforts to prepare a Joint Proposed Scheduling Order and have now agreed upon same which proposed Order will be filed within the time mandated by the Court. Because agreement has been reached on basically all matters contained in the Order, plaintiff's counsel requests that the Scheduling Conference be allowed by telephone in order to allow counsel to conserve the costs of the litigation caused by travel to Washington DC.

## **CERTIFICATION**

Plaintiff's counsel certifies that he has discussed this motion with defendant's counsel James Mesnard and defendant's counsel has indicated that he has no objection to this request.

Respectfully submitted,

  s/ David L. Kofoed_____
David L. Kofoed, #3807
Attorney at Law
6841 S. Yosemite St., Suite 3A
Centennial, CO 80112
(303) 721-8877
(303) 721-9352 (fax)
email:  kofoedlawfirm@qwest.net
*Attorney for plaintiff, Fred Ladd*


  s/ John A. McCahill_____
John A. McCahill, #146159
Attorney at Law
131 Tollgate Way
Falls Church, Virginia 22046
(703) 819-1662
(202) 783-6031 (fax)
email:  jamccahill@aol.com
*Attorney for Plaintiff, Fred Ladd*

## *CERTIFICATE OF SERVICE*

      The undersigned hereby certifies that on this 6th day of October, 2007 a true and correct copy of the foregoing MOTION TO PERMIT TELEPHONIC SCHEDULING CONFERENCE and ORDER was e-filed with the Clerk of the US District Court with a copy deposited in the US Mail, postage prepaid to the following:

James M. Mesnard
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004

                                                        __s/ Elena Best_____
                                                           ELENA BEST

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FRED LADD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 07-CV-01360 CKK |
| ) | |
| CHEMONICS, INC. ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter having come before the Court on plaintiff's request for the Scheduling Conference to be done by telephone and the Court having noted that defendant's counsel has no objection to same and that counsel has indicated they have basically agreed upon the joint proposed scheduling order.

It is now ordered that plaintiff's Motion for a Telephonic Scheduling Conference is granted.

Done and signed this ____ day of October, 2007.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE