UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 07-CV-01360 CKK |
| CHEMONICS INC, | ) |
| | ) |
|     Defendant. | ) |

## NOTICE OF ERRATA

On October 10, 2007, Defendant, Chemonics, Inc., filed a Joint Statement (Docket No. 13) pursuant to Local Rule 16.3(c) and the Court's Order for Initial Scheduling Conference. Defendant inadvertently did not attach the Proposed Scheduling Order. Accordingly, a copy of the Proposed Scheduling Order is attached.

                                                                       Respectfully submitted

                                                                       Seyfarth Shaw LLP

                                                                       /s/ James M. Mesnard
                                                                       James M. Mesnard, D.C. Bar No. 404835
                                                                       Seyfarth Shaw LLP
                                                                       815 Connecticut Avenue, N.W., Suite 500
                                                                       Washington, D.C.  20006
                                                                       Telephone - (202) 463-2400
                                                                       Facsimile - (202) 828-5393
                                                                       jmesnard@seyfarth.com

                                                                       ATTORNEY FOR CHEMONICS INC.

October 10, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHEMONICS INC, ) | Civil Action No.: 07-CV-01360 CKK |
| ) | |
| Defendant. ) | |

**PROPOSED SCHEDULING ORDER**

| | |
|---|---|
| Amendment of pleadings and joinder of additional parties | November 15, 2007 |
| Plaintiff's Rule 26(a)(2) expert witness disclosure | January 15, 2008 |
| Defendant's Rule 26(a)(2) expert witness disclosure | February 15, 2008 |
| Discovery closes | April 15, 2008 |
| Dispositive motions | May 15, 2008 |
| Responses to Dispositive Motions | May 29, 2008 |
| Reply Memoranda | June 10, 2008 |
| Ruling on Dispositive Motions | July 15, 2008 |
| Pretrial Conference | August 27, 2008 |

Discovery will commence immediately.  Each party is limited to five (5) depositions of fact witnesses.

_____
Colleen Kollar-Kotelly
United States District Judge