UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHEMONICS INC, )<br>)<br>    Defendant. )<br>) | Civil Action No.: 07-CV-01360 CKK |

## STIPULATION

Plaintiff, Fred Ladd ("Ladd"), and Defendant, Chemonics, Inc. ("Chemonics"), by their undersigned counsel, stipulate to dispense with initial disclosures provided for in Rule 26(a)(1) of the Federal Rules of Civil Procedure. Accordingly, these initial disclosures need not be made.

FRED LADD

By    /s/ James McCahill
    James McCahill
    131 TollgateWay
    Falls Church, Virginia  22046
    jamccahill@aol.com

By    /s/ David L. Kofoed
    David L. Kofoed, Esq.
    The Kofoed Law Firm, LLC
    6841 South Yosemite
    Suite 3A
    Englewood, Colorado  80012

His Attorneys

October 18, 2007

Chemonics, Inc.

By /s/ James M. Mesnard
    James M. Mesnard, D.C. Bar No. 404835
    Seyfarth Shaw LLP
    815 Connecticut Avenue, N.W., Suite 500
    Washington, D.C.  20006
    Telephone - (202) 463-2400
    Facsimile - (202) 641-9233
    jmesnard@seyfarth.com

    Its Attorney