## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHEMONICS INC, | ) Civil Action No.: 07-CV-01360 CKK |
| | ) |
| Defendant. | ) |
| | ) |

## STATUS REPORT AS TO DISCOVERY PLAN

Plaintiff, Fred Ladd ("Ladd"), and Defendant, Chemonics, Inc. ("Chemonics"), by their undersigned counsel, and pursuant to the Court's Scheduling and Procedures Order, respectfully submit the Status Report as to Discovery Plan and state:

1. Defendant will propound its initial written discovery requests no later than November 7, 2007;

2. Plaintiff will propound his initial written discovery requests no later than November 26, 2007;

3. Defendant will serve subpoena for medical or other records identified in Plaintiff's interrogatory answers no later than December 14, 2007.

4. Defendant will depose Plaintiff and his wife on January 23 and 24, 2008.

5. Plaintiff does not, at this time, have any fact witnesses identified that he wishes to depose. Plaintiff may limit his discovery to written discovery.

The parties respectfully note that, since discovery has just commenced, it may be necessary to supplement this discovery deadline within the time constraints established by the Court's scheduling order.

| FRED LADD | Chemonics, Inc. |
|---|---|
| By  /s/ James McCahill  <br>    James McCahill <br>    131 TollgateWay <br>    Falls Church, Virginia  22046 <br>    jamccahill@aol.com <br><br> By  /s/ David L. Kofoed  <br>    David L. Kofoed, Esq. <br>    The Kofoed Law Firm, LLC <br>    6841 South Yosemite <br>    Suite 3A <br>    Englewood, Colorado  80012 <br><br> His Attorneys <br><br> October 25, 2007 | By /s/ James M. Mesnard  <br>    James M. Mesnard, D.C. Bar No. 404835 <br>    Seyfarth Shaw LLP <br>    815 Connecticut Avenue, N.W., Suite 500 <br>    Washington, D.C.  20006 <br>    Telephone - (202) 463-2400 <br>    Facsimile - (202) 641-9233 <br>    jmesnard@seyfarth.com <br><br>  Its Attorney |