# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FRED LADD               )
                             )
      Plaintiff,        )
                             )
      v.               )     CIVIL ACTION NO. 07-1360 (CKK/JMF)
                             )     Next scheduled court deadline:
CHEMONICS, INC.     )     January 15, 2008 – Proponent's
                             )     Rule 26(a)(2)(B) Statement
      Defendant.     )

## MOTION FOR LEAVE TO MODIFY THE TITLE OF THE DEFENDANT TO READ:
## CHEMONICS INTERNATIONAL, INC. a/k/a CHEMONICS

Plaintiff by and through his attorneys of record move this Court for leave to amend the Complaint to add to the caption the word "International" also known as Chemonics and as grounds, therefore, states as follows:

1.     Defendant has in its answer indicated that the correct name of the defendant should include the word "International" and accordingly, plaintiff moves for leave to add the word "International" to create a caption bearing the name of the defendant as "Chemonics International, Inc., a/k/a Chemonics."

**CERTIFICATION**

Plaintiff's counsel certifies that his office has discussed this amendment with

defendant's counsel and defendant's counsel has indicated that he has no objection to

same.

Dated:  November 15, 2007          Respectfully submitted,

THE KOFOED LAW FIRM, LLC


 s/ David L. Kofoed_____
David L. Kofoed, #3807
Attorney at Law
6841 S. Yosemite St., Suite 3A
Centennial, CO 80112
(303) 721-8877
(303) 721-9352 fax
email:  kofoedlawfirm@qwest.net
*Attorney for Plaintiff, Fred Ladd*


 s/ John A. McCahill_____
John A. McCahill, #146159
Attorney at Law
131 Tollgate Way
Falls Church, Virginia 22046
(703) 819-1662
(202) 783-6031 (fax)
email:  jamccahill@aol.com
*Attorney for Plaintiff, Fred Ladd*

## ***CERTIFICATE OF SERVICE***

The undersigned hereby certifies that on this 15TH day of November, 2007 a true and correct copy of the foregoing MOTION FOR LEAVE TO ADD CHEMONICS INTERNATIONAL, INC. and proposed ORDER was e-filed with the Clerk of the US District Court with a copy deposited in the US Mail, postage prepaid to the following:

James M. Mesnard
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004


\_\_  s/ Elena Best _____
                ELENA BEST

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FRED LADD               )
                             )
       Plaintiff,       )
                             )
   v.                 )    CIVIL ACTION NO. 07-1360 (CKK/JMF)
                             )    Next scheduled court deadline:
CHEMONICS, INC.     )    January 15, 2008 – Proponent's
                             )    Rule 26(a)(2)(B) Statement
       Defendant.     )

## <u>ORDER</u>

This matter having come before the Court on the plaintiff's Motion to Amend the entitlement of the defendant in this action to read "Chemonics International, Inc., a/k/a Chemonics" and the Court noting that defendant's counsel has indicated no objection to this request;

It is now, therefore, ordered that plaintiff shall have leave to amend the pleadings accordingly to reflect the modification to defendant's name to be "Chemonics International, Inc., a/k/a Chemonics."

Done and signed this _____ day of November, 2007.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE