UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRED LADD                                   )
                                            )
    Plaintiff,                         )
                                            )
v.                                          )   CIVIL ACTION NO. 07-CV-01360 CKK
                                            )
CHEMONICS, INC.                             )
                                            )
    Defendant.                         )

## MOTION TO PERMIT TELEPHONIC STATUS CONFERENCE

Plaintiff Fred Ladd by and through his attorneys of record, The Kofoed Law Firm, LLC, David L. Kofoed, moves this Court to allow a telephonic status conference and as grounds, therefore, states as follows:

1.   Plaintiff's lead counsel in this case is David L. Kofoed who resides in Denver, Colorado.  A Status Conference is set in this matter for May 2, 2008 at 9:30 a.m.  Plaintiff's counsel requests that the Status Conference be allowed by telephone in order to allow Plaintiff's counsel to conserve the costs of the litigation caused by travel to Washington DC.

## CERTIFICATION

Plaintiff's counsel certifies that he has discussed this motion with Defendant's counsel James Mesnard and Defendant's counsel has indicated that he has no objection to this request.

Respectfully submitted,


/s/ David L. Kofoed
David L. Kofoed, #3807
Attorney at Law
6841 S. Yosemite St., Suite 3A
Centennial, CO 80112
(303) 721-8877
(303) 721-9352 (fax)
email:  kofoedlawfirm@qwest.net
*Attorney for plaintiff, Fred Ladd*


/s/ John A. McCahill
John A. McCahill, #146159
Attorney at Law
131 Tollgate Way
Falls Church, Virginia 22046
(703) 819-1662
(202) 783-6031 (fax)
email:  jamccahill@aol.com
*Attorney for Plaintiff, Fred Ladd*

### ***CERTIFICATE OF SERVICE***

The undersigned hereby certifies that on this 28th day of April, 2008 a true and correct copy of the foregoing MOTION TO PERMIT TELEPHONIC STATUS CONFERENCE was e-filed with the Clerk of the US District Court with a copy deposited in the US Mail, postage prepaid to the following:

    James M. Mesnard
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, NW
    Suite 500
    Washington, DC 20006-4004

    /s/ Patty Thompson
    Patty Thompson

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 07-CV-01360 CKK |
| ) | |
| CHEMONICS, INC. ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter having come before the Court on plaintiff's request for the Status Conference to be done by telephone and the Court having noted that Defendant's counsel has no objection to same.

It is now ordered that plaintiff's Motion for a Telephonic Status Conference is granted.

Done and signed this ____ day of April, 2008.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE