UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRED LADD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07-CV-01360 CKK |
| | ) | |
| CHEMONICS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter having come before the Court on plaintiff's request for the Status Conference to be done by telephone and the Court having noted that Defendant's counsel has no objection to same.

It is now ordered that plaintiff's Motion for a Telephonic Status Conference is granted.

Done and signed this ____ day of April, 2008.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE