UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD,<br><br>    Plaintiff,<br><br>    v.<br><br>CHEMONICS INTERNATIONAL, INC.,<br><br>    Defendant. | Civil Action No. 07-1360 (CKK) |

**ORDER**
(May 28, 2008)

On May 7, 2008, following a series of e-mail communications with counsel for both parties, the Court rescheduled the Status Conference previously set for May 2, 2008 to Wednesday, May 28, 2008 at 9:15 a.m. Plaintiff's counsel (both local and lead counsel) failed to appear for the re-scheduled Status Conference on May 28, 2008. Defendant's counsel did appear. Although Plaintiff's counsel had moved previously to participate in Court conferences telephonically, Plaintiff's counsel did not file a motion to participate in the May 28, 2008 Status Conference telephonically. Nevertheless, the Court attempted to contact Plaintiff's lead counsel by telephone but there was no answer. The Court therefore held the Status Conference, as scheduled, and set a briefing schedule for dispositive motions. Accordingly, it is this 28th day of May, 2008, hereby

**ORDERED** that the parties shall adhere to the following briefing schedule:

1. Plaintiff shall re-file his Motion for Partial Summary Judgment (or any other planned dispositive motion) on or before June 6, 2008;

2. Defendant shall file its Opposition to Plaintiff's Motion for Summary Judgment, along with its own Cross-Motion for Summary Judgment on or before June 30, 2008;

3. Plaintiff shall file his Reply in support of his Motion for Summary Judgment, as well as his Opposition to Defendant's Cross-Motion for Summary Judgment on or before July 21, 2008;

4. Defendant shall file its Reply in support of its Cross-Motion for Summary Judgment on or before August 8, 2008.

It is further

**ORDERED** that the parties shall comply **fully** with Local Rule LCvR 7(h) (formerly 7.1(h)) and 56.1. The Court strictly adheres to the dictates of Local Civil Rules 7(h) and 56.1 and may strike pleadings not in conformity with these rules. *See Burke v. Gould*, 286 F.3d 513, 519 (D.C. Cir. 2002).

A party responding to a statement of material facts must respond to each paragraph with a correspondingly numbered paragraph, indicating whether that paragraph is admitted or denied. The responding party should include any information relevant to its response in that paragraph. If the responding party has additional facts that are not addressed in the corresponding paragraphs, the responding party should include these at the end of its responsive statement of facts. At all points, parties must furnish precise citations to the portions of the record on which they rely.

Additionally, each submission must be accompanied by a table of cases and other authority cited therein. The parties are strongly encouraged to carefully review *Jackson v. Finnegan, Henderson, Farabow, Garrett & Dunner, et. al.*, 101 F.3d 145 (D.C. Cir. 1996), on the subject of Local Rule LCvR 7(h). The Court assumes facts identified by the moving party in

its statement of material facts are admitted, unless such a fact is controverted in the statement of genuine issues filed in opposition to the motion. LCvR 7(h), 56.1.

**SO ORDERED.**

                                                  /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge