**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01108-MSK-KMT
_____

JERRY D. BROWN,

      Plaintiff,

v.

CONAGRA FOOD INGREDIENTS COMPANY d/b/a CONAGRA FOODS d/b/a CONAGRA MILLS, a Delaware corporation,

      Defendant.
_____

**MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL**
_____

      Plaintiff, Jerry D. Brown, by and through his attorney of record, The Kofoed Law Firm, LLC, David L. Kofoed, moves this Court for an extension of time to file his response to Defendant's Motion to Compel as ordered by Magistrate Judge Kathleen M. Tafoya on July 11, 2008, and as grounds, therefore, states as follows:

      Plaintiff's counsel has extensive litigation requirements during the period allowed for preparation of a response to the Motion to Compel, including depositions in Washington, D.C. for the United States District Court for the District of Columbia, numerous depositions and mediations scheduled during the months of June and July, 2008, has an extensive jury trial preparation, as well as depositions and pre-trial conferences for a trial scheduled to begin July 21, 2008 in U.S. District Court for the District of Colorado, before the Honorable Judge Robert E. Blackburn, ending July 29, 2008. and has appellate requirements for the United States District

Court for the Eastern District of North Carolina,

In addition to the above, Defendant asks the Court to note that Plaintiff's counsel is now a sole practitioner, has recently had a change of staffing and, in addition, that Plaintiff's counsel has, for over two (2) months, and continues to have illness conditions for which he has been under the care of medical doctors and medication, including several antibiotics and others to attempt to resolve these issues. These complications have contributed to counsel's meeting these deadline requirements. Counsel is still not recovered from all of these issues.

Because of his scheduling Plaintiff's counsel cannot reasonably prepare an appropriate response by that time frame, and therefore requests the extension until August 6, 2008.

## CERTIFICATION

Plaintiff's counsel certifies that he has contacted Defendant's counsel concerning this Motion and that he has indicated that he objects to same.

WHEREFORE, Plaintiff requests an extension until August 6, 2008 within which to file his response to Defendant's Motion to Compel.

Respectfully submitted this 14th day of July, 2008.

                            The Kofoed Law Firm, LLC

                            By:  /s/ David L. Kofoed
                                  David L. Kofoed, Esq.
                                  Attorney for plaintiff
                                  6841 S. Yosemite, Ste. 3A
                                  Centennial, CO 80112

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of July, 2008 a true and correct copy of the foregoing MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO COMPEL and proposed ORDER was e-filed with the Clerk of the US District Court using CM/ECF system, the duly signed held in the file located at The Kofoed Law Firm, LLC. The CM/ECF system will send notification of such filing to the following counsel of record:

Mark L. Sabey
Mark C. Willis
Melvin B. Sabey
Kutak Rock, LLP
1801 California Street, Suite 300
Denver, CO 80202

By: _____/s/ Patty Thompson_____
Patty Thompson

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01108-MSK-KMT
_____

JERRY D. BROWN,

    Plaintiff,

v.

CONAGRA FOOD INGREDIENTS COMPANY d/b/a CONAGRA FOODS d/b/a CONAGRA MILLS, a Delaware corporation,

    Defendant.
_____

**ORDER**
_____

This matter having come before the Court on Plaintiff's Motion for an Enlargement of Time to File Response to Defendant's Motion to Compel, and the Court having reviewed the Motion and finding good cause for same;

It is, therefore, ordered that Plaintiff shall have an extension of time until and through the 6th day of August, 2008 within which to file his response to such Motion to Compel.

Done and signed this ____ day of July, 2008.

                By the Court:

                _____
                UNITED STATES DISTRICT COURT JUDGE