UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRED LADD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07-1360 (CKK/JMF) |
| | ) | Next scheduled court deadline: |
| CHEMONICS INTERNATIONAL, INC. | ) | July 21, 2008 – Plaintiff's Reply in |
| a/k/a CHEMONICS | ) | Support of Motion for Summary |
| | ) | Judgment and Opposition to |
| Defendant. | ) | Defendant's Cross Motion for Summary |
| | | Judgment |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO
DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT

Defendant, by and through his attorney of record, The Kofoed Law Firm, LLC, David L. Kofoed, moves this Court for an extension of time until August 11, 2008 within which to file his Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment, and Plaintiff's Response to Defendant's Motion for Summary Judgment and an extension for Defendant to reply to same until August 29, 2008, and as grounds therefore, states as follows:

The date currently allowed for the Reply and Response is July 21, 2008.  During the time allowed for same, Plaintiff's counsel has been involved in numerous depositions, mediations, briefings, including Appellate Court activities in the Fourth Circuit, briefings in the Tenth Circuit, preparation for an extensive jury trial in the United States District Court, for the District of Colorado, before the Honorable Robert E.

Blackburn, beginning July 21, 2008 and ending July 29, 2008. Plaintiff's counsel also has extensive briefings due the first week of August in other cases in the United States District Court for the District of Colorado, as well as Colorado State District Courts.

No previous extensions have been requested by the Plaintiff, nor are any additional extension requests anticipated.

## CERTIFICATION

Plaintiff's counsel certifies that opposing counsel has been contacted regarding this request and has indicated that he has no objection to same.

Respectfully submitted this 14th day of July, 2008.

THE KOFOED LAW FIRM, LLC


By:  /s/ David L. Kofoed
David L. Kofoed, #3807
Attorney at Law
6841 S. Yosemite St., Suite 3A
Centennial, CO 80112
(303) 721-8877
(303) 721-9352 fax
email: kofoedlawfirm@qwest.net


John A. McCahill, #146159
Attorney at Law
131 Tollgate Way
Falls Church, Virginia 22046
(703) 819-1662
(202) 783-6031 (fax)
email: jamccahill@aol.com

*Attorneys for Plaintiff, Fred Ladd*

## *CERTIFICATE OF SERVICE*

The undersigned hereby certifies that on this 14th day of July, a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and proposed ORDER was e-filed with the Clerk of the US District Court using CM/ECF system, the duly signed held in the file located at The Kofoed Law Firm, LLC. The CM/ECF system will send notification of such filing to the following counsel of record:

James M. Mesnard
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006-4004

                                                        /s/ Patty Thompson
                                                        Patty Thompson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>CHEMONICS, INC. )<br>)<br>   Defendant. ) | CIVIL ACTION NO. 07-CV-01360 CKK |

### ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment and to File a Response to Defendant's Motion for Summary Judgment, and the Court having noted that defendant's counsel has no objection to same,

It is now ordered that Plaintiff has until August 11, 2008 in which to file his Reply to Defendant's Response to Plaintiff's Motion for Summary Judgment and to File a Response to Defendant's Motion for Summary Judgment, and that Defendant has until August 29, 2008 to file its Reply Memorandum.

      Done and signed this ____ day of July, 2008.

                                BY THE COURT:

                                _____
                                UNITED STATES DISTRICT JUDGE