UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>CHEMONICS INTERNATIONAL, INC. )<br>a/k/a CHEMONICS )<br>)<br>   Defendant. ) | CIVIL ACTION NO. 07-1360 (CKK/JMF)<br>Next scheduled court deadline:<br>January 15, 2008 – Proponent's<br>Rule 26(a)(2)(B) Statement |

PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT HIS MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY SUBMITTING A STATEMENT OF MATERIAL FACTS WHICH PLAINTIFF CLAIMS ARE NOT IN DISPUTE REGARDING HIS MOTION FOR SUMMARY JUDGMENT AND THE STATEMENT OF MATERIAL FACTS WHICH PLAINTIFF CONTENDS ARE IN DISPUTE REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Fred Ladd, by and through his counsel of record, The Kofoed Law Firm, LLC, David L. Kofoed, moves the Court for leave to file a statement of material facts, which are not in dispute regarding his Motion for Summary Judgment, and a statement of material facts he contends are in dispute regarding Defendant's Motion for Summary Judgment, and as grounds therefore states as follows:

Plaintiff's counsel agrees that Local Rules 7(h) and 56.1 do call for a party moving for summary judgment to submit a statement of material facts not in dispute regarding Plaintiff's Motion for Summary Judgment and also calls for a statement of material facts that are in dispute regarding Defendant's Motion for Summary Judgment.

Plaintiff's counsel apologizes to the Court for not having done so, as he was not familiar with those Local Rules. Plaintiff's counsel has been involved as lead counsel in four separate Federal Court jurisdictions over the past year and, as a result, inadvertently overlooked the specific Local Rules in question for this Court. Plaintiff's counsel understands that it is his job to distinguish between the local rules of all jurisdictions if admitted to practice in those jurisdictions and that mistake will not occur again.

WHEREFORE, Plaintiff moves the Court for leave of ten (10) days from the date of the Court's order to file his statement of material facts which he claims are not in dispute for the purposes of Plaintiff's Motion for Summary Judgment and his statement of material facts, which he contends are in dispute in relation to Defendant's Motion for Summary Judgment, all pursuant to Local Rules 7(h) and 56.1.

## Certification

Plaintiff certifies that Defendant's counsel has been contacted to determine his position on this Motion and he has indicated that he opposes such motion.

Respectfully submitted this 2nd day of September, 2008.

THE KOFOED LAW FIRM, LLC

***DULY SIGNED ORIGINAL ON FILE AT
THE KOFOED LAW FIRM, LLC***

By: /s/ David L. Kofoed
David L. Kofoed, #3807
Attorney at Law
6841 S. Yosemite St., Suite 3A
Centennial, CO 80112
(303) 721-8877
(303) 721-9352 fax
email: kofoedlawfirm@qwest.net

>John A. McCahill, #146159
>Attorney at Law
>131 Tollgate Way
>Falls Church, Virginia 22046
>(703) 819-1662
>(202) 783-6031 (fax)
>email: jamccahill@aol.com
>
>*Attorneys for Plaintiff, Fred Ladd*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of September, 2008, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT HIS MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BY SUBMITTING A STATEMENT OF MATERIAL FACTS WHICH PLAINTIFF CLAIMS ARE NOT IN DISPUTE REGARDING HIS MOTION FOR SUMMARY JUDGMENT AND THE STATEMENT OF MATERIAL FACTS WHICH PLAINTIFF CONTENDS ARE IN DISPUTE REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT and proposed ORDER was e-filed with the Clerk of the US District Court using CM/ECF system, the duly signed held in the file located at The Kofoed Law Firm, LLC. The CM/ECF system will send notification of such filing to the following counsel of record:

James M. Mesnard
SEYFARTH SHAW LLP
815 Connecticut Avenue, NW
Suite 500
Washington, DC 20006-4004

>*DULY SIGNED ORIGINAL ON FILE AT*
>*THE KOFOED LAW FIRM, LLC*
>
>By:  /s/ Patty Thompson
>         Patty Thompson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRED LADD )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>CHEMONICS INTERNATIONAL, INC. )<br>a/k/a CHEMONICS )<br>)<br>   Defendant. ) | CIVIL ACTION NO. 07-1360 (CKK/JMF)<br>Next scheduled court deadline:<br>January 15, 2008 – Proponent's<br>Rule 26(a)(2)(B) Statement |

### ORDER

This matter, having come before the Court on Plaintiff's opposed Motion for Leave to Supplement His Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment by Submitting a Statement of Material Facts Which Plaintiff Claims Are Not In Dispute Regarding His Motion for Summary Judgment and the Statement of Material Facts Which Plaintiff Contends Are In Dispute Regarding Defendant's Motion for Summary Judgment, pursuant to Local Rules 7(h) and 56.1, and the Court having noted that Defendant's counsel does object to same, the Court having reviewed Plaintiff's Motion and finding that, in the interest of justice, the omission by Plaintiff was due to the inadvertence of Plaintiff's counsel, and finding that no prejudice will result from granting same,

It is now ordered that Plaintiff shall have ten (10) days from the date of this Order to provide the appropriate statements pursuant to Local Rules 7(h) and 56.1.

Done this ___ day of September, 2008.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE